IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Ericsson Inc. and<br>Telefonaktiebolaget LM Ericsson, | § §<br>§ | |
| Plaintiffs, | § § | Civil Action No. 2:15-cv-00017-JRG-RSP |
| v. | § § | Jury Demanded |
| Apple Inc., | § § § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Apple Inc. files this Notice of Appearance as Counsel and hereby notifies the

Court that Michael E. Jones of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500,

Tyler, Texas 75702 is appearing as counsel for defendant Apple Inc. All pleadings, discovery,

correspondence and other material should be served upon counsel at the address referenced

above.

Dated: March 17, 2015

Respectfully submitted,

By: */s/ Michael E. Jones*
Michael E. Jones
State Bar No.10929400
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas  75702
903 597 8311
903 593 0846 (Facsimile)

**ATTORNEY FOR DEFENDANT
APPLE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 17, 2015.

*/s/ Michael E. Jones* _____