**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,** | |
| **Plaintiffs,** | **CIVIL ACTION NO. 2:15-cv-00017-JRG-RSP** |
| **v.** | |
| **APPLE INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## PLAINTIFFS' NOTICE OF APPEARANCE FOR LAURIE FITZGERALD

Please take notice that the following attorney is entering an appearance for Plaintiffs: Laurie Fitzgerald, State Bar No. 24032339, of McKool Smith, PC, 300 West 6th Street, Suite 1700, Austin, Texas 78701, (512) 692-8723, and (512) 692-8744 (Facsimile). Ms. Fitzgerald currently is admitted to practice in the Eastern District of Texas.  Douglas A. Cawley of McKool Smith, PC will continue to be Lead Attorney.

Dated: March 18, 2015

Respectfully submitted,

MCKOOL SMITH, P.C.

By: */s/ Laurie Fitzgerald*
Douglas A. Cawley, Lead Attorney
Texas State Bar No. 0403550
dcawley@mckoolsmith.com
Mike McKool
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 978-4000
Telecopier:  (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Laurie L. Fitzgerald
Texas State Bar No. 24032339
lfitzgerald@mckoolsmith.com
McKool Smith P.C.
300 W. Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS
ERICSSON INC. and
TELEFONAKTIEBOLAGET LM
ERICSSON**

**<u>Certificate of Service</u>**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on March 18, 2015.

*<u>/s/ Laurie Fitzgerald</u>*
Laurie Fitzgerald