UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Civil Action No. 2:15-cv-17-JRG-RSP |

**ORDER DENYING APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL ITS MOTION TO DISMISS**

Came to be considered the Unopposed Motion to File Under Seal its Motion to Dismiss filed by Apple, Inc., and the Court being of the opinion that said motion should be DENIED. The motion is denied without prejudice to refiling a renewed motion that includes the requisite detail regarding the confidential nature of this information sufficient to support good cause for sealing the motion.

The renewed motion shall be filed no later than three (3) days from the date of this Order.

**SIGNED this 24th day of March, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE