**Appendix K**                                                        Revised: 8/7/2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
Marshall DIVISION

APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By veazeyj at 8:49 am, Mar 20, 2015

1. This application is being made for the following: Case # 2:15-cv-17-JRG-RSP
Style/Parties: Ericsson Inc. and Telefonaktiebolaget LM Ericsson v. Apple Inc.
2. Applicant is representing the following party/ies: Apple Inc.
3. Applicant was admitted to practice in MA (state) on 01/13/1977 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. (See Page 3)
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
See attached list for court admission details.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, William F. Lee do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 03/19/2015        Signature /s/ William F. Lee        (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) William F. Lee

Bar Number /State 291960 / Massachusetts

Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP

Address/P.O. Box: 60 State Street

City/State/Zip: Boston, MA 02109

Telephone #: (617) 526-6556

Fax #: (617) 526-5000

E-mail Address: William.Lee@wilmerhale.com

Secondary E-Mail Address: N/A

This application has been approved for the court on: 3/20/15

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _Jill Veazey_
Deputy Clerk

Application Instructions

Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

**Email Application**

| WILLIAM F. LEE COURTS TO WHICH ADMITTED ||
|---|---|
| **Courts** | **Date Admitted** |
| Supreme Judicial Court of Massachusetts, Boston, Massachusetts | January 13, 1977 |
| U.S. District Court for the District of Massachusetts, Boston, Massachusetts | February 17, 1977 |
| U.S. Courts of Appeals for the First Circuit, Boston Massachusetts | April 3, 1979 |
| U.S. Supreme Court, Washington, D.C. | March 3, 1980 |
| U.S. District Court for the Northern District of New York, Albany, New York | January 29, 1981 |
| U.S. Court of Appeals for the Fourth Circuit, Richmond, Virginia | July 27, 1982 |
| U.S. District Court for the Eastern District of Wisconsin, Milwaukee, Wisconsin | February 22, 1984 |
| U.S. Court of Appeals for the Federal Circuit, Washington, D.C., | April 27, 1984 |
| U.S. District Court for the Northern District of California, San Francisco, California | October 4, 1985 |
| U.S. Court of Appeals for the Seventh Circuit, Chicago, Illinois | February 21, 1986 |
| U.S. District Court for the District of Colorado | August 3, 2011 |