UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and<br>TELEFONAKTIEBOLAGET LM<br>ERICSSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Civil Action No. 2:15-cv-17-JRG-RSP |

**ORDER GRANTING APPLE INC.'S RENEWED UNOPPOSED MOTION TO FILE UNDER SEAL ITS MOTION TO DISMISS**

Came to be considered the Renewed Unopposed Motion to File Under Seal its Motion to Dismiss filed by Apple, Inc., and the Court being of the opinion that said motion should be GRANTED. It is therefore,

ORDERED that Apple, Inc.'s Motion to Dismiss Ericsson Inc. and Telefonaktiebolaget LM Ericsson's First Amended Complaint [*Dkt. 15*] remain sealed.

**SIGNED this 30th day of March, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE