IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and<br>TELEFONAKTIEBOLAGET LM ERICSSON,<br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:15-cv-17 |

## ORDER GRANTING ERICSSON'S UNOPPOSED MOTION TO FILE CERTAIN MOTION PAPERS UNDER SEAL

Came to be considered the Unopposed Motion to File Certain Motion Papers Under Seal filed by Ericsson Inc. and Telefonaktiebolaget LM Ericsson, and the Court being of the opinion that said motion should be GRANTED. It is therefore,

ORDERED that Ericsson Inc. and Telefonaktiebolaget LM Ericsson's Unopposed Motion to File Certain Motion Papers Under Seal remain sealed.

**SIGNED this 10th day of April, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE