UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>     Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br><br>     Defendant. | Civil Action No. 2:15-cv-17-JRG-RSP |

**ORDER GRANTING APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Came to be considered the Unopposed Motion to File Under Seal its Reply in Support of its Motion to Dismiss filed by Apple, Inc., and the Court being of the opinion that said motion should be GRANTED. It is therefore,

ORDERED that Apple, Inc. may file under seal its Reply in Support of its Motion to Dismiss.

**Signed this date.**

**Apr 21, 2015**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE