**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**APPLE INC.,**<br><br>  Defendant. | Civil Action No.  2:15-cv-17<br><br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the following attorney is entering an appearance for Plaintiff Ericsson Inc. and Telefonaktiebolaget LM Ericsson, Jennifer A. Van Dusen, State Bar No. 24087087, of McKool Smith, PC, 300 W. 6th Street, Suite 1700, Austin, TX 78701.  Ms. Van Dusen is currently admitted to practice in the Eastern District of Texas.

| | |
|---|---|
| Dated: May 4, 2015. | **MCKOOL SMITH, P.C.**<br><br>/s/  *Jennifer Van Dusen*<br>Douglas A. Cawley, Lead Attorney<br>Texas State Bar No. 0403550<br>dcawley@mckoolsmith.com<br>Mike McKool, Jr.<br>Texas State Bar No. 13732100<br>mmckool@mckoolsmith.com<br>Theodore Stevenson III<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>Richard Kamprath<br>Texas State Bar No. 24078767<br>rkamprath@mckoolsmith.com<br>300 Crescent Court Suite 1500 |

        Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
P.O. Box O
Marshall, Texas 75671
Telephone: (903) 927-2111
Telecopier: (903) 927-2622

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Laurie L. Fitzgerald
Texas State Bar No. 24032339
lfitzgerald@mckoolsmith.com
Joshua W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Jennifer Van Dusen
Texas State Bar No. 24087087
jvandusen@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 4, 2015.

        /s/ *Jennifer Van Dusen*
        Jennifer Van Dusen