**Appendix K**                                                              **Revised: 8/7/2012**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
Marshall_____ **DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

> **APPROVED**
> **By Petoria Bell at 4:39 pm, May 08, 2015**

1. This application is being made for the following: Case # ___2:15-cv-017___

Style/Parties: _Ericsson Inc. and Telefonaktiebolaget LM Ericsson v. Apple Inc.,_

2. Applicant is representing the following party/ies: _Apple Inc._

3. Applicant was admitted to practice in __CA__ (state) on _12/05/2003_ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).   If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses. (See Page 3)

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
_USDC: NDCA, CDCA, SDCA, WD of Wisc, Ninth Circuit; US Ct of App Fed Cir Ninth Circuit_

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, _Christine E. Duh_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _05/07/2015_          Signature _/s/ Christine E. Duh_____ (/s/Signature)

<span style="color:red">Application Continued on Page 2</span>

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print)  Christine E. Duh

Bar Number /State  228544 / CA

Firm Name:  Wilmer Cutler Pickering Hale and Dorr LLP

Address/P.O. Box:  950 Page Mill Road

City/State/Zip:  Palo Alto, CA  94304

Telephone #:  (650) 858-6051

Fax #:  (650) 858-6100

E-mail Address:  christine.duh@wilmerhale.com

Secondary E-Mail Address:  N/A

This application has been approved for the court on:  **5/8/15**

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By  *Petonia Bell*

Deputy Clerk

Application Instructions

Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and  Password so that you will be able to electronically file your application and pay the $100 fee on  line. If you already have a login and password, you will still need to wait for approval email  from the clerk before filing your electronic application.  For Complete Instructions please visit the website http://www.txed.uscourts.gov/

**Email Application**

**This may be used to answer question 9.**

**9.      Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.**

**None.**