**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ERICSSON INC., ET AL. | § § | |
| v. | § § | Case No. 2:15-CV-17-JRG-RSP |
| APPLE, INC. | § § § | |

**ORDER GRANTING DEFENDANT APPLE INC.'S**
**MOTION FOR CONSOLIDATED CASE MANAGEMENT CONFERENCE**

Before the Court is Apple Inc.'s Motion for Consolidated Case Management Conference. The Court, after consideration, is of the opinion that said motion should be **GRANTED**.

IT IS, THERFORE, **ORDERED** that Apple Inc.'s Motion for Consolidated Case Management Conference is hereby **GRANTED**.

The parties are hereby **ORDERED** to appear for a status conference regarding the same on Friday, May 29, 2015 at 2:30 p.m. before the undersigned.

**SIGNED this 11th day of May, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE