IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and<br>TELEFONAKTIEBOLAGET LM<br>ERICSSON,<br>          Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>          Defendant. | CIVIL ACTION NO. 2:15-cv-17 |

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE CERTAIN PAPERS UNDER SEAL

After considering all of the briefing and arguments presented in this matter by plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson in connection with Plaintiff's Motion to File Certain Papers Under Seal, the Court hereby GRANTS Plaintiffs' motion.

**Signed this date.**

**May 18, 2015**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE