**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,**<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**APPLE INC.,**<br>　　　　　　Defendant. | **CIVIL ACTION NO. 2:15-cv-17**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF CORRECTION OF ERICSSON'S SUR-REPLY TO APPLE'S
MOTION TO DISMISS**

Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (together, Ericsson) hereby provide notice of a correction to Page 4 of Ericsson's Sur-Reply to Apple's Motion to Dismiss, Dkt. No. 42.  The citation to "*Core Wireless Licensing S.A.R.L. v. Apple Inc.*, Case No. 6:14-cv-752, ECF 108 at ¶¶3-4 (E.D. Tex. June 21, 2013)" is corrected to "*Core Wireless Licensing S.A.R.L. v. Apple Inc.*, Case No. 6:12-cv-100, ECF 115 at ¶¶3-4 (E.D. Tex. July 2, 2013)."  The correct cited document from the *Core Wireless* case is attached as Exhibit A.

Dated: May 27, 2015                                    Respectfully submitted,

**MCKOOL SMITH, P.C.**

By: */s/ Douglas A. Cawley*
Douglas A. Cawley, Lead Attorney
Texas State Bar No. 0403550
dcawley@mckoolsmith.com
Mike McKool, Jr.
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Laurie L. Fitzgerald
Texas State Bar No. 24032339
lfitzgerald@mckoolsmith.com
McKool Smith P.C.
300 W. Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS
ERICSSON INC. and
TELEFONAKTIEBOLAGET LM
ERICSSON**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 27th day of May, 2015.

*/s/ Richard A. Kamprath*
Richard A. Kamprath
