Revised: 8/21/2013

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
Marshall DIVISION
**APPLICATION TO APPEAR PRO HAC VICE**

*APPROVED*
*By veazeyj at 10:58 am, Jun 08, 2015*

1. This application is being made for the following: Case # 2:15-cv-00017-JRG-RSP

Style/Parties: Ericsson Inc. and Telefonaktiebolaget LM Ericsson v. Apple Inc.

2. Applicant is representing the following party/ies: Apple Inc.

3. Applicant was admitted to practice in Dist. of Col. (state) on 10/04/2002 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○ ● had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○ ● ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○ ● been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
District of Columbia of Court of Appeals, Commonwealth of Massachusetts, Court of Appeals fo

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Nina S. Tallon do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 06/05/2015    Signature /s/ Nina S. Tallon    (/s/Signature)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Nina S. Tallon
Bar Number /State: 479481 / District of Columbia
Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address/P.O. Box: 1875 Pennsylvania Avenue NW
City/State/Zip: Washington, DC 20006
Telephone #: (202) 663-6000
Fax #: (202) 663-6363
E-mail Address: Nina.Tallon@wilmerhale.com
Secondary E-Mail Address: N/A

This application has been approved for the court on: 6/8/15

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By *Jill Veazey*
Deputy Clerk

Email Application