**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,** Plaintiffs, <br><br> v. <br><br> **APPLE INC.,** <br><br> Defendant. | **CIVIL ACTION NO. 2:15-cv-17** |

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE CERTAIN PAPERS UNDER SEAL

Now before the Court is Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson Motion to File Certain Papers Under Seal. The Court, after consideration, is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiffs' Motion to File Certain Papers Under Seal is hereby GRANTED and Plaintiffs may: (1) file the confidential patent assignment agreement, including addendums thereto, between Telefonaktiebolaget LM Ericsson ("LME") and Ericsson Inc. (collectively the "agreement") under seal; and (2) may file the portion of their Opposition to Apple's Motion to Transfer Venue to the Northern District of California that quotes the confidential agreement under seal.

**SIGNED this 14th day of June, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE