# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and<br>TELEFONAKTIEBOLAGET LM<br>ERICSSON,<br><br>        Plaintiffs,<br><br>        v.<br><br>APPLE INC.,<br><br>        Defendant. | Civil Action No. 2:15-cv-17-JRG-RSP |

## ORDER GRANTING MOTION TO SEAL

On considering Apple's Conditional Motion to File Motion to Compel Under Seal, the Court being of the opinion that said motion should be GRANTED, it is therefore

ORDERED that Apple, Inc. may conditionally file under seal its Motion to Compel Ericsson to Comply with the Court's Order to Identify Claimed Standard Essential Patents and the supporting Declaration of Mark D. Selwyn and attached exhibits.

It is further ORDERED that Ericsson may, within seven days, file a Motion to Seal providing the requisite detail regarding the confidential nature of this information sufficient to support good cause for the motion and related papers to remain sealed.

**SIGNED this 29th day of June, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE