UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>         Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>         Defendant. | Civil Action No. 2:15-cv-17-JRG-RSP |

**ORDER GRANTING MOTION TO FILE CERTAIN MOTION PAPERS UNDER SEAL**

On considering Apple's Conditional-in-Part Motion to File Certain Motion Papers Under Seal, the Court being of the opinion that said motion should be GRANTED, it is therefore

ORDERED that Apple, Inc. may file under seal its Motion to Dismiss Ericsson's Second Amended Complaint and the supporting Declaration of Mark D. Selwyn and attached exhibits.

It is further ORDERED that Exhibit 8 to the Declaration of Mark D. Selwyn supporting Apple's Motion to Dismiss Ericsson's Second Amended Complaint may remain sealed.

It is further ORDERED that Ericsson may, within seven days, file a Motion to Seal providing the requisite detail regarding the confidential nature of Exhibit 2 to the Declaration of Mark D. Selwyn supporting Apple's Motion to Dismiss Ericsson's Second Amended Complaint sufficient to support good cause for Exhibit 2 and those portions of Apple's Motion to Dismiss revealing the contents of Exhibit 2 to remain sealed.

**SIGNED this 29th day of June, 2015.**

                                                                                           ROY S. PAYNE
                                                                                UNITED STATES MAGISTRATE JUDGE